Dismissed and Memorandum Opinion filed January 12, 2006









Dismissed and Memorandum Opinion filed January 12,
2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01055-CR

____________

 

RICARDO RODRIGUEZ FLORES,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
174th District Court

Harris County,
Texas

Trial Court Cause No.
991,250

 



 

M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal on October 6, 2005.  

On December 20, 2005, a hearing record was filed in this
court.  At the hearing, appellant,
together with his counsel, confirmed that 
appellant no longer wished to pursue his appeal.








Appellant has not filed a written motion to withdraw the
appeal or a written motion to dismiss the appeal.  See Tex.
R. App. P. 42.2(a).  However,
based upon the testimony at the hearing that appellant does not want to
continue his appeal, we conclude that good cause exists to suspend the
operation of Rule 42.2(a) in this case.  See
Tex. R. App. P. 2.

Accordingly, we dismiss the appeal. 

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed January 12, 2006.

Panel consists of
Justices Hudson, Frost, and Seymore. 

Do Not Publish C Tex. R. App. P. 47.2(b).